## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:00-cr-00060 |
| v. | ORDER |
| JERMEER MARSHALL,<br>BOP Register Number: 08513-084 | JUDGE NORMAN K. MOON |
| *Defendant.* | |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that the defendant's Motion to Reduce (docket no. 62) is **CONSTRUED** as a 28 U.S.C. § 2255 motion, and it is hereby **GRANTED.** In the alternative, I **CONSTRUE** Marshall's Motion to Reduce as a petition for a writ of error coram nobis under 28 U.S.C. § 1651 and **GRANT** that petition. It is further **ORDERED** that Marshall **SHALL NOT BE CONSIDERED** a career offender, and his **SENTENCE SHALL BE CORRECTED** to **120 months of incarceration**, but in no case less than time served**, with 96 months of supervised release to follow.** I **IMPOSE** the conditions of supervision and criminal history category enumerated in the March 6, 2014 PSR and **ORDER** that Marshall be **RELEASED** from BOP custody within 10 days of the date of entry of this Order, to commence supervision. The Clerk of the Court is hereby directed to send a certified copy of this Order to Defendant and all counsel of record.

Entered this  21st  day of March, 2014.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE